**Jeffery COOPER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**ED 104309**

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

Filed: May 2, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied June 8, 2017

Randall Brachman, St. Louis, MO, for appellant.

Joshua D. Hawley, Christine K. Lesicko, Jefferson City, MO, for respondent.

Before: James M. Dowd, P.J., Kurt S. Odenwald, J., and Gary M. Gaertner, Jr., J.

### ORDER

PER CURIAM.

Jeffery Cooper appeals from the motion court's judgment denying his Rule 24.035[1] motion without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court's denial of post-conviction relief was not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties, for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b) (2017).

---

1. All rule references are to Mo. R. Crim. P. (2016), unless otherwise indicated.